**Order filed January 31, 2019**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00598-CV
_____

### LANCE LARRY CHAPMAN-BOARDMAN, Appellant

### V.

### ERICA MARIA CHAPMAN-BOARDMAN, Appellee

**On Appeal from the County Court No. 3**
**Galveston County, Texas**
**Trial Court Cause No. 18-FD-0431**

## O R D E R

Appellant's brief was due January 14, 2019**.** No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **February 15, 2019**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM